**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Darrel Duane GRISEL, Defendant–Appellant.**

**No. 05–30585.**

United States Court of Appeals, Ninth Circuit.

Jan. 5, 2007.

Stephen F. Peifer, Esq., USPO—Office of the U.S. Attorney Mark O. Hatfield, Portland, OR, for Plaintiff–Appellee.

Marc D. Blackman, Esq., Kendra Matthews, Ransom & Blackmon, LLP, Portland, OR, for Defendant–Appellant.

**ORDER**

MARY M. SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.